UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH ORLANDO SPARKS,<br><br>        Defendant. | Case No.  21-cr-00281-VC-1<br><br>**ORDER RE JURY QUESTIONNAIRES** |

      The Court is tentatively inclined to offer a postponement to Juror Nos. 7, 25, 27, 52, 64, 77, 79, and 89.

      The Court is tentatively inclined to excuse the following jurors for hardship: 3, 13, 16, 22, 41, 42, 46, 53, 63, 69, 81, and 83.

      The Court is tentatively inclined to excuse the following jurors for cause: 9, 39, 57, 66, 78, 87, 92.

      Finally, the Court is inclined to excuse all jurors who have not been fully vaccinated.

      **IT IS SO ORDERED.**

Dated: November 30, 2022

VINCE CHHABRIA
United States District Judge