UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>KENNETH ORLANDO SPARKS,<br>　　　　Defendant. | Case No. 21-cr-00281-VC-1<br><br>**ORDER #3 RE SUPPLEMENTAL JUROR QUESTIONNAIRE**<br>Re: Dkt. No. 123 |

　　The following is the final version of the additional questions for the jury questionnaire, revised to reflect the changes to the dates for trial. Jurors will also receive the Court's standard juror questionnaire.

1. Do you have any especially strong opinions or beliefs about race, immigration status, national origin, ethnicity, sex, gender identity, or sexual orientation that could affect your ability to serve as a juror? Yes ___ No ___. If yes, please explain:

2. Is there anything else about your experiences, opinions, or beliefs, whether religious, moral, ethical, or philosophical, that could affect your ability to serve as a juror? Yes ___ No ___. If yes, please explain:

3. If a witness identifies as bisexual, transgender, and/or queer, would that affect your ability to assess their testimony fairly? Yes ___ No ___. If yes, please explain:

4. In a criminal case, the government has accused a person of committing a crime, but that doesn't mean the person is guilty of the crime. The law requires you to presume that the defendant is innocent, and you may not convict the defendant unless the government has proved that the defendant is guilty of the crime beyond a reasonable

doubt. The judge will provide you with instructions about the "reasonable doubt" standard later, but if the government doesn't meet its burden under that standard, the jury may not convict the defendant, even if the defendant presents no evidence or witnesses. Do you have any concerns about presuming the defendant innocent and holding the government to its burden of proving its case beyond a reasonable doubt? Yes ___ No ___. If yes, please explain:

5. It is the judge's job, not the jury's, to determine punishment. The law does not permit you to consider the issue of punishment because there are factors—factors having nothing to do with this trial—that will determine the appropriate sentence in the event you find the defendant guilty. Do you have any concerns about deciding this case without regard to potential punishment? Yes ___ No ___. If yes, please explain:

6. Have you, your spouse, or any of your close relatives or friends ever had any dealings or involvement with the Federal Bureau of Investigation (FBI), the Department of Justice, or the San Francisco Police Department that might make it difficult for you to be a fair and impartial juror? Yes ___ No ___. If yes, please explain:

7. Do you have any strong beliefs or prior experiences related to sex work, prostitution, or pimping that could affect your ability to serve as a juror? Yes ___ No ___. If yes, please explain:

8. This case involves allegations that the defendant was involved in sex trafficking and producing pornographic images of a minor (age 15 to 16 years old). Have you, a family member, or close friend had an experience that would make it difficult for you to be a fair and impartial juror in this kind of case? Yes ___ No ___. If yes, please explain:

9. The evidence in this case may include explicit and graphic photos and videos. Do you have any concerns about being required to view such evidence as part of your duties as a juror? Yes ___ No ___. If yes, please explain:

10. The trial likely will begin on Friday, March 10, 2023, and should last until Monday,

March 20. The trial will be held every weekday, with the exception of Thursday, March 16. The trial day will likely begin at 9:30 or 10:00 a.m. and end between 3:00 and 3:30 p.m. Do you have any serious issues that prevent you from serving as a juror in this case (such as medical or public health concerns, prepaid travel plans, financial concerns, or family responsibilities)? Keep in mind that if you are unable to serve for this trial, you could be placed on another, longer trial in the coming months. Yes\_\_\_ No\_\_\_. If yes, please explain:

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
VINCE CHHABRIA
United States District Judge