UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ORLANDO SPARKS,<br><br>Defendant. | Case No. 21-cr-00281-VC-1<br><br>**ORDER RE JURY QUESTIONNAIRES** |

The jury office has excused Juror Nos. 16 and 89.

The Court is tentatively inclined to offer a postponement to the following jurors: 17, 24, 44, 47, 62, 84, 92.

The Court is tentatively inclined to excuse the following jurors for hardship: 12, 13, 15, 22, 31, 36, 38, 39, 40, 46, 54, 55, 58, 63, 64, 67, 68, 78, 82, 94, 95.

The Court is tentatively inclined to excuse the following jurors for cause: 25, 52, 56, 72, 79.

Finally, the parties should decide whether they are willing to stipulate to excluding all unvaccinated jurors, as well as jurors who declined to state their vaccination status.

**IT IS SO ORDERED.**

Dated: March 8, 2023

_____
VINCE CHHABRIA
United States District Judge