UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>KENNETH ORLANDO SPARKS,<br>　　　　Defendant. | Case No. 21-cr-00281-VC-1<br><br>**ORDER RE JURY INSTRUCTION FOR COUNT 3**<br><br>Re: Dkt. No. 189 |

　　　　The following draft instruction for Enticement of a Minor (Count 3) does not fully address the concerns expressed by the Court this morning, but the parties may wish to use it as a starting point for discussions:

　　　　The defendant is charged in Count 3 with enticing a minor to commit sexual activity in violation of California Penal Code § 311.3. For the defendant to be found guilty of that charge the government must prove beyond a reasonable doubt:

　　　　(1) the defendant used a means of interstate commerce, that is, the internet, to knowingly persuade, induce, or entice Ms. Garcia to engage in sexual activity;

　　　　(2) the defendant could have been charged for that sexual activity with a criminal offense under California Penal Code § 311.3. Under California Penal Code § 311.3, it is a criminal offense to knowingly exchange any image, knowing that the image depicts a person under the age of 18 years old engaged in defecation or urination for the purpose of sexual stimulation of the viewer;

　　　　(3) Ms. Garcia was under the age of 18 years old; and

　　　　(4) the defendant knew Ms. Garcia was under the age of 18 years old.

**IT IS SO ORDERED.**

Dated: March 14, 2023

_____

VINCE CHHABRIA
United States District Judge