ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH ORLANDO SPARKS,<br><br>    Defendant. | **CASE NO. CR-21-281-VC**<br><br>**ADDENDUM TO GOVERNMENT'S SENTENCING MEMO**<br><br>Hearing Date: September 13, 2023<br>Time:        1:00 P.M.<br>Judge:     Hon. Vince Chhabria |

      The United States respectfully submits this addendum to its sentencing memorandum relating to the issue of remand. The government understands 18 U.S.C. § 3143(b)(2) to be the relevant statute pertaining to the issue of remand at sentencing of defendants who have not been remanded pre-sentencing. That statute mandates that a defendant convicted of 18 U.S.C. § 1591 (sex trafficking of a minor) shall be remanded. *See* 18 U.S.C. § 3143(b)(2) (The court "shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari, be detained."); *see also* 18 U.S.C. § 3142(f)(1)(A) (specifically referencing 18 U.S.C.

§ 1591 as an enumerated offense).

DATED: September 11, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/s/_____
ILHAM A. HOSSEINI
ALETHEA M. SARGENT
Assistant United States Attorneys
Attorneys for the United States of America

ADDENDUM TO SENTENCING MEMO
CR-21-281-VC                    2